**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**JOSE CRUZ-ESPEJO, ET AL.,**

**Plaintiffs,**

**- against -**

**DOMINO'S PIZZA LLC, ET AL.,**

**Defendants.**

**26-cv-4374 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The conference scheduled for September 16, 2026 at 4:30 p.m. is **canceled.**

**SO ORDERED.**

**Dated: New York, New York**
**September 2, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**