UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRUZ-ESPEJO ET AL.,

Plaintiffs,

- against -

DOMINO'S PIZZA LLC, ET AL.,

Defendants.

26-cv-4374 (JGK)

Order

John G. Koeltl, District Judge:

The parties are ordered to submit a Rule 26(f) Report by **November 3, 2026.**

SO ORDERED.

Dated: New York, New York
October 19, 2026

John G. Koeltl
United States District Judge